375 P.2d 269

**EMPLOYMENT SECURITY COMMISSION**
of Arizona, Appellant,

v.

**MARYLAND CASUALTY COMPANY,**
Surety, Appellee.

No. 7412.

Supreme Court of Arizona,

En Banc.

Oct. 4, 1962.

Robert W. Pickrell, Atty. Gen., Richard J. Daniels, Asst. Atty. Gen., Phoenix, for appellant.

Cavanagh & O'Connor, Phoenix, for appellee Maryland Cas. Co.

PER CURIAM.

This case was consolidated for hearing and decision with Employment Security Commission v. Fish, 375 P.2d 20 because the issues involved in each case are identical. The judgment of the trial court is affirmed for the reasons set forth in that case.